**Order entered January 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01332-CR

### THE STATE OF TEXAS, Appellant

### V.

### ERIC MONTRELL HICKMON, Appellee

**On Appeal from the County Criminal Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. M11-42221**

## ORDER

The clerk's record has not been filed in this appeal. Accordingly, we **ORDER** the Dallas County Clerk to file the clerk's record within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to John Warren, Dallas County Clerk, and to counsel for all parties.

/s/     ADA BROWN
        JUSTICE